# WESTMORELAND COUNTY,

## September Term, 1795.

PENNSYLVANIA *v.* JACOB CRIBS, DANIEL HAROLD,
and eleven others.

THEY were indicted for a riot, committed 3d *September*, 1794, in befetting the doors and windows of the houfe of *Simon Drum*, in the town of *Greenfburgh*, throwing ftones, &c. at the doors and windows, with intent to beat, wound, tar and feather, and evilly intreat *Jafper Yeates* and *William Bradford*, commiffioners on the part of the *United States*, and *Thomas M'Kean* and *William Irwin*, commiffioners on the part of the ftate of *Pennfylvania*, to confer with the citizens weft of the mountains.

1795.

PRESIDENT recapitulated the teftimony, and diftinguifhed between thofe, againft whom there was evidence, and thofe, againft whom there was not.

Collecting a party, for any purpofe of a violent tendency, fo directly leads to mifchief, that it renders the authors guilty of all confequences plainly to be forefeen.

A report had generally prevailed, that the commiffioners, on their return, would be chafed out of the town.

This was told to *Cribs* and his party. They were urged to affift in it. And, after all, proceeded, in a body, at the dead of night, to the houfe where the commiffioners flept. For what purpofe could they go ?

Acts of extreme violence, as robbery, are often committed under a very civil appearance.

No matter how reluctantly a man commits a crime, it is ftill a crime, though lefs aggravated.

It is a riot, if a number of people affemble in a town, in the dead of night, and by noife or otherwife, difturb peaceable citizens.

If perfons affemble together, for an unlawful purpofe, every man is guilty of all acts done in execution of, or contributing or tending to, that purpofe. If they meet, for a lawful purpofe, and proceed to an unlawful act, it is a riot.

Nine were convicted, and four were acquitted.